

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>**Westborough SPE LLC**<br>　Debtor(s) | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Lolonyon Akouete**<br>　Plaintiff(s),<br><br>**v.**<br><br>**Jonathan Goldsmith, individually and as Chapter 7 Trustee for the Estate of Westborough SPE LLC,** *et al.*,<br>　Defendant(s). | **Adversary Proceeding**<br>**No. 25-04033-CJP** |

### ORDER

**MATTER:**

#90 Emergency Motion filed by Plaintiff Lolonyon Akouete for Reconsideration of Order Denying Motion for Preliminary Injunction Re: 88 Order dated 12/5/2025 Re: 3 Emergency Motion for Preliminary Injunction.

THE REQUEST FOR EMERGENCY DETERMINATION IS DENIED, BUT THE COURT SETS AN EXPEDITED RESPONSE DATE AS FOLLOWS.

THE MOTION FOR RECONSIDERATION DOES NOT APPEAR TO ASSERT ADDITIONAL MATERIAL INFORMATION THAT WAS NOT ALREADY CONSIDERED IN ENTERING THE ORIGINAL ORDER AT ECF NO. 88 THAT WOULD DEMONSTRATE THAT THE COURT MADE A MANIFEST ERROR OF LAW OR FACT, *SEE IN RE WEDGESTONE FIN.*, 142 B.R. 7, 8 (BANKR. D. MASS. 1992) (CITATIONS OMITTED), BUT THAT REFLECTS THE COURT'S ASSESSMENT THAT MR. AKOUETE'S STATEMENT THAT A $5,000 PORTION OF HIS CLAIM IS UNDIPUTED AND SEVERABLE IS NOT ACCURATE. THE COURT DOES NOT VIEW ANY PORTION OF MR. AKOUETE'S CLAIM AS BEING "UNDISPUTED" BECAUSE THE TRUSTEE HAS OBJECTED TO THE CLAIM GENERALLY AND AS A BASIS HAS STATED

THAT MR. AKOUETE HAD NO AUTHORITY TO ACT ON BEHALF OF THE DEBTOR. A FAIR READING OF THAT OBJECTION IS THAT THE TRUSTEE'S OBJECTION EXTENDS TO MR. AKOUETE'S ASSERTION THAT HE DETERMINED TO TAKE ACTION ON BEHALF OF THE DEBTOR IN RETAINING COUNSEL. PRESUMABLY, MR. AKOUETE CONTEMPLATED THAT HE WAS AGREEING ON BEHALF OF THE DEBTOR TO REPAY FUNDS THAT HE ASSERTS HE ADVANCED ON BEHALF OF THE DEBTOR, ALTHOUGH THE TRUSTEE MIGHT ARGUE THAT MR. AKOUETE WAS ADVANCING HIS OWN INTERESTS BY PAYING A RETAINER TO THE LAW FIRM. **THE TRUSTEE SHALL FILE ANY OPPOSITION TO THE MOTION FOR RECONSIDERATION ON OR BEFORE DECEMBER 12, 2025.**

Dated: 12/10/2025

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge