

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>Debtor(s) | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Lolonyon Akouete**<br>Plaintiff(s),<br><br>v.<br><br>**Jonathan Goldsmith, individually and as Chapter 7 Trustee for the Estate of Westborough SPE LLC,** *et al.*,<br>Defendant(s). | **Adversary Proceeding**<br>**No. 25-04033-CJP** |

## ORDER

**MATTER:**
#96 Emergency Motion filed by Plaintiff Lolonyon Akouete to Modify Order Setting Response Deadline and to Schedule Hearing on December 12, 2025.

DENIED. ALSO, WITH RESPECT TO THE REQUEST TO SCHEDULE ECF NOS. 1022, 1023, AND 1024 IN THE MAIN CASE, THE PLAINTIFF IS DIRECTED TO THE ORDERS ENTERED AT CASE NO. 23-40709, ECF NOS. 1026 AND 1027, RESPECTIVELY.

Dated: 12/12/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge