

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Westborough SPE LLC**<br>   Debtor(s) | **Chapter 7**<br>**Case No. 23-40709-CJP** |
| **Lolonyon Akouete**<br>   Plaintiff(s),<br><br>**v.**<br><br>**Jonathan Goldsmith, individually and as Chapter 7 Trustee for the Estate of Westborough SPE LLC,** *et al.*,<br>   Defendant(s). | **Adversary Proceeding**<br>**No. 25-04033-CJP** |

### ORDER

**MATTER:**

#1 Adversary case 25-04033. Complaint by Lolonyon Akouete against Jonathan Goldsmith, et al .

Activity in this adversary proceeding (AP No. 25-4033) (the "Adversary Proceeding") is STAYED pending further order of this Court, except with respect to the Plaintiff's "Motion for Reconsideration of Order Denying Motion for Preliminary Injunction" [ECF No. 90].

The Court has determined that a short-term stay is appropriate in the interests of judicial economy and burdens on the parties while this Court determines the pending motions for summary judgment regarding the Plaintiff's claim in the main case and other related motions given the number of defendants, jurisdictional issues that may be raised, service issues, anticipated volume of activity, and overlap of certain issues. In the event that the Trustee's motion for summary judgment is granted, the Plaintiff may not be party in interest in this bankruptcy case, which could affect jurisdictional and case management considerations. In deciding the summary judgment motions, the Court may make rulings that are relevant to claims or defenses in this Adversary Proceeding.

*Page 2 of 2*

**Except for the response date established to the motion for reconsideration, all deadlines are
suspended, including the time for service under Fed. R. Bankr. P. 4(m), as made applicable by
Fed. R. Bankr. P. 7004(a)(1). Parties may not file or serve any pleadings, answers, summonses, or
subpoenas in this case other than any motion seeking relief from this Order.**

Notwithstanding the foregoing, the Plaintiff shall serve a copy of this order on each defendant by email
or first-class mail and file a certificate of service within three (3) business days.

Dated: 12/12/2025                                  By the Court,

                                                   _____
                                                   Christopher J. Panos
                                                   United States Bankruptcy Judge