

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Westborough SPE LLC<br>    Debtor(s) | Chapter 7<br>Case No. 23-40709-CJP |
| Lolonyon Akouete<br>    Plaintiff(s),<br>v.<br>Jonathan Goldsmith, individually and as Chapter 7 Trustee for the Estate of Westborough SPE LLC, *et al.*,<br>    Defendant(s). | Adversary Proceeding<br>No. 25-04033-CJP |

## ORDER

**MATTER:**

#90 Emergency Motion filed by Plaintiff Lolonyon Akouete for Reconsideration of Order Denying Motion for Preliminary Injunction Re: 88 Order dated 12/5/2025 Re: 3 Emergency Motion for Preliminary Injunction.

AFTER CONSIDERATION OF THE MOTION FOR RECONSIDERATION AND THE RELATED PLEADINGS, THE MOTION IS DENIED. THE MOTION FOR RECONSIDERATION DOES NOT ASSERT ADDITIONAL MATERIAL INFORMATION THAT WAS NOT ALREADY CONSIDERED IN ENTERING THE ORIGINAL ORDER AT ECF NO. 88 THAT WOULD DEMONSTRATE THAT THE COURT MADE A MANIFEST ERROR OF LAW OR FACT. *SEE IN RE WEDGESTONE FIN.*, 142 B.R. 7, 8 (BANKR. D. MASS. 1992) (CITATIONS OMITTED).

Dated: 12/18/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge